

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| GUSTAVO RODRIGUEZ, | § | No. 08-11-00345-CR |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | Criminal District Court No. 2 |
|  | § |  |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
|  | § |  |
| Appellee. | § | (TC # 1254226R) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF DECEMBER, 2013.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.